**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-7286

DENNIS EUGENE ROSS,

Petitioner - Appellant,

v.

MARY M. MITCHELL, Warden,

Respondent - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., Senior
District Judge.  (6:10-cv-01891-GRA)

Submitted: March 29, 2012          Decided:  April 2, 2012

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam.

Dennis Eugene Ross, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis Eugene Ross, a federal prisoner, appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion for relief from the district court's order dismissing his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2011) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Ross v. Mitchell</u>, No. 6:10-cv-01891-GRA (D.S.C. Aug. 2, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>